IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JANICE HALL,                      )
                                  )
     Plaintiff,                   )
                                  )      CIVIL ACTION NO.
     v.                           )        2:23cv306-MHT
                                  )            (WO)
ADVANTAGE DENTAL ORAL             )
HEALTH AND VISION CENTER          )
OF ALABAMA, P.C., et al.,         )
                                  )
     Defendants.                  )
```

ORDER

Defendants filed a partial motion to dismiss in which they argue that the complaint in large part fails to state a claim upon which relief can be granted. Without expressing any view as to the motion's merits, the court affords plaintiff an opportunity to cure the purported pleading defects; the court grants plaintiff leave to file an amended complaint, in accordance with Federal Rule of Civil Procedure 15(a)(1)(B).

If plaintiff timely files an amended complaint, the court will deny the motion to dismiss as moot, without prejudice.  If plaintiff does not timely file an

**amended complaint, plaintiff must file a response to the motion, and the court will decide the motion.**

\*\*\*

**Accordingly, it is ORDERED that plaintiff shall file either an amended complaint or a response to the partial motion to dismiss (Doc. 12) by July 27, 2023. If plaintiff elects to file a response to the motion, defendants' reply briefs shall be due by August 3, 2023, and the motion shall be set for submission, without oral argument, on that date.**

**DONE, this the 6th day of July, 2023.**

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**